No. 354. Ex PARTE ANGEL M. VILLAMIL.—Petition of the National Surety Company to cancel bond No. 1409 executed on February 16, 1912. Decided June 16, 1913. Bond canceled as regards the subsequent acts of the notary and declared in force as regards prior acts during the legal period and until said bond may be legally canceled. The petitioner appeared through its general agent, Harry F. Besosa.

---

No. 56. Ex PARTE FRANCISCO VALLECILLO MANDRY, PETITIONER.—Petition for the approval of notarial surety bond No. 2363 executed by the National Surety Company. Decided June 19, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 370. Ex PARTE PEDRO CARLOS TIMOTHÉE, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company. Decided June 19, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 992. CÓRDOVA ET AL., APPELLANTS, *v.* SURÍS ET AL., RESPONDENTS.—Appeal from the District Court of Mayagüez. Motion of the respondents to dismiss appeal. Decided June 24, 1913. Motion denied. *Mr. Antonio Alvarez Nava* for appellants. *Mr. Fernando Vázquez* for respondents.